## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**SAM LOPEZ**, individually,

                                    Case No. 16-CV-06373

**Plaintiff,**

**v.**

**BARRIO CHINO, LLC d/b/a BARRIO CHINO,** a New York for profit corporation, and **LIMCHI SANG,** a New York for profit corporation,

**Defendants.**

_____/

## JOINT NOTICE OF SETTLEMENT
## AND JOINT MOTION SEEKING ADJOURNMENT
## OF STATUS CONFERENCE
## ON WEDNESDAY, JANUARY 18, 2017, AT 10:00 AM

Plaintiff SAM LOPEZ, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making a Status conference set for January 18, 2017, at 10:00 am unnecessary.

The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

Respectfully submitted on January 17, 2017.

By: /s/ Tara Demetriades  /s /                By: /s/ Don M. Bosco /s/

Tara Demetriades, Esq.                        Don M. Bosco, Esq.

New York Bar No. 4185666                      45 Page Avenue, Suite B

ADA Accessibility Associates                  Staten Island, NY  10309

2076 Wolver Hollow Road                        Tel: (718) 351-0929

Oyster Bay, New York 11771                     Fax: (718) 351-3141

E: TDemetriades@Aol.com

T: (516) 595-5009


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Settlement has been

served via the Court's CM/ECF filing system upon all parties of record on January

17, 2017.


**By:  /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666