USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-18-17_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAM LOPEZ,

                Plaintiff,

-against-

BARRIO CHINO, LLC and LIMCHI SANG,

                Defendants.

16-cv-06373 (ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    Further, in light of the anticipated settlement, the telephone status conference previously scheduled for January 18, 2017 at 10:00 a.m. is adjourned *sine die*. This terminates ECF No. 13.

**SO ORDERED.**

Dated:    January 18, 2017
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**